# United States Court of Appeals
# for the Federal Circuit

_____

October 15, 2019

**ERRATA**

_____

Appeal No. 2019-1245

**AMERICAN RELOCATION CONNECTIONS, L.L.C.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

_____

Decided:  October 11, 2019
Non-Precedential Opinion

Please make the following change:

Page 7, line 6, change "principle" to --principal--.